**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVEBYTHEPARK PALM SPRINGS, LP,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ARCH SPECIALTY INSURANCE COMPANY, a Wisconsin Corporation and DOES 1-10,<br><br>　　　　Defendants. | Case No. EDCV 09-467-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendant Arch Specialty Insurance Company and against Plaintiff Livebythepark Palm Springs, LP on all claims in Plaintiff's Complaint.  The Court orders that such judgment be entered.

Dated: <u>July 18, 2009</u>

　　　　　　　　　　　　　　　　　　／s／ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　United States District Judge